**Order entered February 18, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00931-CR

**DELFINO GUADIANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-34752-U**

### ORDER

Before the Court is the State's February 16, 2022 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order. This case is at issue and will be set in due course.

/s/    ERIN A. NOWELL
        JUSTICE